# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America § | |
| § | Case No. __16-mj-01162-7__ |
| v. § | |
| § | Charging District's |
| __Norma L. Villarreal-Garcia__ § | Case No. __5:16-CR-00254(7)-XR__ |
| *Defendant* § | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Western District of Texas.__

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❏    an identity hearing and production of the warrant.

❏    a preliminary hearing.

❏    a detention hearing.

☒    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____    *_____
                                                        *Defendant's signature*

*Defendant's Counsel will obtain her
signature in Court on June 23, 2016.    __/s/ Cynthia E. Orr_____
                                                        *Signature of defendant's attorney*

                                                        __Cynthia E. Orr_____
                                                        *Printed name of defendant's attorney*