# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § | |
| | § | Case No. _7:16-mj-01162-17_____ |
| v. | § | |
| | § | Charging District's |
| Juan Antonio Villarreal_____ | § | Case No. _5:16-CR-0254(17)-XR_____ |
| *Defendant* | § | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  Western District of Texas_____

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❒     an identity hearing and production of the warrant.

❒     a preliminary hearing.

❒     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   _June 23, 2016_____                    *_____
                                                                                                *Defendant's signature*

*Undersigned Counsel will obtain
Defendant's signature in Court                    _/s/ Christopher M. Griffith_____
on June 23, 2016                                                                  *Signature of defendant's attorney*


                                                                    _Christopher M Griffith_____
                                                                                       *Printed name of defendant's attorney*